**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

JOSHUA HINNANT,

     Plaintiff,

     v.

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

CIVIL ACTION NO.: 6:26-cv-6

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 16, 2026, Report and Recommendation, (doc. 17), to which no party has filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 17.) Plaintiff's Unopposed Motion for Attorney's Fees Under the Equal Access to Justice Act is **GRANTED**. (Doc. 16.) For the reasons explained in the Report and Recommendation, Plaintiff is awarded $13,349.00 in attorney's fees.

Upon the entry of this Order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff. If not, the entire award will be remitted to Plaintiff. The Government may, in its discretion, accept any assignment by Plaintiff of EAJA fees and pay the award directly to Plaintiff's counsel.

**SO ORDERED**, this 5th day of August, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA